# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, T.J. STINSON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JOHN J. OCAMPO**
**AVIATION BOATSWAIN'S MATE SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400288**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 6 May 2014.
**Military Judge**: LtCol David M. Jones, USMC.
**Convening Authority**: Commanding Officer, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation**: LT Ingrid E. Paige, JAGC, USN.
**For Appellant**: Maj Emmett Collazo, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**6 November 2014**

---
**OPINION OF THE COURT**
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court